

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/15/2022__
```

August 11, 2022

<u>Via ECF</u>
Hon. Analisa Torres
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *David McGlynn v. Magzter, Inc.*
            Docket No: 1:22-cv-04707-AT

Dear Judge Torres:

    We are the attorneys for Plaintiff in this matter and write pursuant to Section I.C. of the Court's Individual Rules & Practices to respectfully request that the Court adjourn the August 19, 2022, deadline to file the parties' joint letter and proposed case management plan, sine die.

    Defendant Magzter, Inc. is in default of appearing in this matter and Plaintiff has filed a request for entry of Clerk's Certificate of Default, which is currently pending with the Court. [Dkt. No. 12-13].

1. The original date for the deadline to file the parties' joint letter and proposed case management plan is August 19, 2022;

2. No previous requests for adjournment or extension have been made and no previous requests were granted or denied;

3. No other dates will be impacted by this request as Defendant is currently in default of answering or otherwise appearing in this action; and

4. Plaintiff is unable to secure Defendant's consent to the requested extension in light of Defendant's current default in this action.

    Thank you for your consideration of this request.

GRANTED. The deadline for the parties to submit their joint letter and proposed case management plan is ADJOURNED *sine die*.

SO ORDERED.

Dated: August 15, 2022
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge