UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David McGlynn,

        Plaintiff,

-against-

Magzter, Inc.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2023_____

22 Civ. 4707 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' email correspondence dated February 16 and 17, 2023. If the parties have a discovery dispute, they shall follow the procedure in Section II.C. of the Court's Individual Practices in Civil Cases. If the parties intend to file motions or request leave to file motions, they shall follow the procedure in Section III of the Court's Individual Practices in Civil Cases. Because the parties have indicated to the Court that there are no other substantive issues to raise at the case management conference, the conference scheduled for March 7, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: February 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge