USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID MCGLYNN,

                              Plaintiff,

        -against-

MAGZTER, INC.,

                              Defendant.
-------------------------------------------------------------X

22-CV-04707 (AT)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The settlement conference scheduled for February 27, 2023 is hereby cancelled.

**SO ORDERED.**

DATED:    February 23, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge