

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2023

April 7, 2023

<u>Via ECF</u>

Hon. Analisa Torres
Hon. Valerie Figueredo
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *David McGlynn v. Magzter, Inc.*
    Docket No: 1:22-cv-04707-AT

Dear Judge Torres:

We represent Plaintiff David McGlynn ("Plaintiff") in the above-captioned case. We write to respectfully request a 45-day extension of time, through May 24, 2023, to file a Stipulation of Dismissal, or otherwise re-open the case.

The original deadline to file a Stipulation of Dismissal is April 9, 2023 [Dkt. No. 44-1]. No previous requests for an extension of time have been sought and no previous requests for an extension have been granted or denied. Despite the parties' best efforts, the settlement transaction will not be consummated by the original deadline and, accordingly, Plaintiff respectfully requests a 45-day extension. Plaintiff is respectfully requesting a one-time extension and is confident that no further requests will be needed.

Defendant Magzter, Inc. does not oppose the requested relief. No other dates will be impacted as all pending conferences have been cancelled.

Thank you for your consideration of this request.

Very truly yours,

**SANDERS LAW GROUP**

/s *Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert

GRANTED. Any application to reopen shall be filed by **May 24, 2023**.

SO ORDERED.

Dated: April 10, 2023
   New York, New York

ANALISA TORRES
United States District Judge